IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Tawanda Taylor-White,<br><br>       Plaintiff,<br><br>  v.<br><br>South Carolina Vocational Rehabilitation Department,<br><br>       Defendant. | Civil Action No.: _3:21-cv-1902-JMC-PJG._<br><br><br>**NOTICE OF REMOVAL** |

YOU ARE HEREBY NOTIFIED that, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, South Carolina Vocational Rehabilitation Department (hereinafter "Defendant") hereby removes the above-referenced action previously pending in the Court of Common Pleas for the Fifth Judicial Circuit, Richland County, South Carolina, as Civil Action Number 2021-CP-40-02386, to the United States District Court for the District of South Carolina, Columbia Division, on the following grounds:

## I.    <u>Removal is Timely</u>

Plaintiff originally filed a Complaint in this action and served it on or about May 25, 2021. Therefore, this Notice of Removal is timely filed within the 30-day period required by 28 U.S.C. § 1446(b).

## II.    <u>Procedural Requirements for Removal</u>

A true and correct copy of all process and pleadings served to date are attached hereto as <u>Exhibit A</u> and are being filed along with this Notice of Removal. Written notice of the filing of this Notice of Removal and of the removal of the above-referenced action is being delivered to Plaintiff through her counsel of record. A copy of this Notice of Removal will be filed promptly with the Clerk of Court of the Court of Common Pleas for Richland County, South Carolina.

### III.    Venue

Venue lies in this Court because Plaintiff's action is pending in this District and Division. *See* 28 U.S.C. § 1441(b).

### IV.    Statement of Statutory Basis for Jurisdiction

This action is within the original jurisdiction of the United States District Court pursuant to 28 U.S.C. § 1331, which vests federal district courts with original federal question jurisdiction over all "civil actions arising under the Constitution, laws, or treaties of the United States."

#### Federal Question Jurisdiction

This case is properly removed to this Court because Plaintiff has alleged that Defendant discriminated and retaliated against her in violation of Title VII of the Civil Rights Act of 1964, as amended (42 U.S.C. §§2000(e) *et seq.*). (*See, e.g.*, Compl. ¶¶ 5, 7, 13-38, 40-46, 48-54).  Subject matter jurisdiction, therefore, exists pursuant to 28 U.S.C. §1331.

### V.    Conclusion

Wherefore, Defendant hereby removes this matter from the Court of Common Pleas of the State of South Carolina, Richland County, to the United States District Court for the District of South Carolina, Columbia Division, pursuant to 28 U.S.C. §§ 1331 and 1441.

Dated this 23rd day of June 2021.

Respectfully submitted,

s/ Richard J. Morgan
Richard J. Morgan, Esquire (Fed. ID No. 1266)
rmorgan@burr.com
Burr & Forman LLP
1221 Main St., Suite 1800 (29201)
P.O. Box 11390 (29211)
Columbia, South Carolina
803.799.9800

Attorneys for Defendant South Carolina
Vocational Rehabilitation Department